# Exhibit A

# Summary of Assistant Store Manager Declarations

- **All of the Declarants testified that they regularly engage in interviewing, selecting and training employees.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 5, 7, 12, 16 |
| Aquino | 4, 5, 12, 14 |
| Bailey | 4, 5, 8, 9, 11, 18 |
| Bell | 4, 5, 6 |
| Bicknell | 7, 8, 13, 16 |
| Chamoff | 4-6, 10 |
| Collins | 4, 7 |
| Cumberbatch | 4, 5, 8, 9, 11 |
| Davis | 6, 7, 12, 16 |
| DeMers | 5, 9, 12, 18, 21, 22 |
| Desai | 4-7, 9, 12 |
| Duane | 8, 9, 13, 14, 17, 18 |
| Esposito | 4, 5, 7, 9, 11 |
| Fitch | 7, 9, 11, 19 |
| Fitts-Wenzel | 5, 7, 8, 10 |
| Gardner | 4-8, 14, 18 |
| Green | 4, 5, 9, 10, 13-16, 18 |
| Haddad | 3, 4, 5, 8 |
| Hawkins | 9, 10, 13-15, 19, 22, 23 |
| Hough | 7, 9, 13, 16, 17 |

| Declarant | Paragraph No. |
|---|---|
| Khan | 4, 5, 7, 9 |
| Koehler | 9, 10, 11, 12, 16, 22 |
| Laureano | 7, 8, 12 |
| Law | 3, 6, 16 |
| Lekakos | 4, 6 |
| Levine | 4, 5, 12, 16, 18, 24 |
| McClain | 8, 9, 10, 13, 17, 18, 23 |
| Mitchell | 4, 5, 7, 11 |
| Monteith | 4, 5 |
| O'Brien | 12, 15, 18, 19, 28 |
| Olivieri | 3, 4, 6 |
| Parvez | 3, 5, 9, 13, 15-17 |
| Pressman | 8, 9, 12 |
| Rancourt | 5, 7 |
| Sclafani | 4, 5, 7 |
| Souther | 3, 4, 6 |
| Swenson | 3, 5, 6, 8, 12-15, 17, 19 |
| Youland | 4-7 |
| Zambino | 7, 9, 10, 14 |
| Zlotnikov | 4, 7, 10, 12, 18, 22, 23 |

- **38 of the Declarants testified that they are responsible for setting and adjusting employees' rates of pay and hours of work.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 15 |
| Aquino | 10 |
| Bailey | 6 |
| Bell | 9 |
| Bicknell | 10, 11 |
| Collins | 9 |
| Cumberbatch | 12 |
| Davis | 8 |
| DeMers | 14 |
| Desai | 13 |
| Duane | 5, 14 |
| Esposito | 12 |
| Fitts-Wenzel | 13 |
| Gardner | 18 |
| Green | 8 |
| Haddad | 7 |
| Hawkins | 27, 31, 32, 34 |
| Hough | 8, 9, 15 |
| Khan | 10 |
| Koehler | 13 |

| Declarant | Paragraph No. |
|---|---|
| Laureano | 6 |
| Law | 7, 11 |
| Lekakos | 8 |
| Levine | 6, 17 |
| McClain | 14 |
| Mitchell | 12, 13 |
| Monteith | 7 |
| O'Brien | 6, 12, 21, 22 |
| Olivieri | 8 |
| Parvez | 10 |
| Pressman | 7 |
| Rancourt | 12 |
| Sclafani | 9 |
| Souther | 8 |
| Swenson | 11 |
| Youland | 10 |
| Zambino | 12 |
| Zlotnikov | 14 |

- **All of the Declarants testified that they are responsible for and regularly direct the work of the other employees in the Store.**

| Declarant | Paragraph No. | Declarant | Paragraph No. |
|---|---|---|---|
| Aletti | 3, 4, 12-15 | Khan | 4, 10 |
| Aquino | 4, 6, 11, 13, 14 | Koehler | 12 |
| Bailey | 4, 11 | Laureano | 6, 16 |
| Bell | 4, 5, 9, 11 | Law | 6 |
| Bicknell | 3, 7, 8, 10, 13 | Lekakos | 3, 4 |
| Chamoff | 4, 6 | Levine | 4, 5, 16 |
| Collins | 3, 4 | McClain | 5, 8 |
| Cumberbatch | 4, 8, 12 | Mitchell | 4, 7, 9, 11 |
| Davis | 6, 8, 18 | Monteith | 4, 5 |
| DeMers | 5, 7, 12, 23 | O'Brien | 3, 6, 30 |
| Desai | 4, 5, 7, 12 | Olivieri | 3, 4 |
| Duane | 5 | Parvez | 3, 4, 9, 12 |
| Esposito | 4, 7, 9 | Pressman | 6, 8 |
| Fitch | 6, 7, 10-12, 16, 17 | Rancourt | 4, 8, 13 |
| Fitts-Wenzel | 4, 5, 10, 12, 13 | Sclafani | 4, 5 |
| Gardner | 3, 6, 7, 11 | Souther | 3, 4 |
| Green | 4, 5, 13, 18 | Swenson | 3, 7, 8, 10, 11, 17, 22, 23 |
| Haddad | 3-5 | Youland | 4, 6, 12 |
| Hawkins | 9, 10, 13, 14, 19, 25 | Zambino | 6, 7, 9 |
| Hough | 5, 22 | Zlotnikov | 4, 8, 12, 22, 23 |

3

- **14 of the Declarants testified that their job as an ASM varied significantly at various times during the relevant time period based on their store location, and from Store Manager to Store Manager.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 6 |
| Demers | 6 |
| Desai | 4-6, 13 |
| Fitch | 3-6 |
| Fitts-Wenzel | 3, 6, 7, 9 |
| Green | 8, 10, 23 |
| Hawkins | 3 |
| Hough | 3, 9, 10, 14, 23 |
| Levine | 15, |
| O'Brien | 6, 8, 9, 10, 14, 21, 29 |
| Pressman | 3, 4 |
| Sclafani | 8 |
| Swenson | 3 |
| Zambino | 3, 4, 5, 9, 16, 17, 20, 22, 23 |

- **9 of the Declarants functioned as the Store Manager for significant periods of time while there was no Store Manager assigned to their Store.**

| Declarant | Paragraph No. |
|---|---|
| Davis | 3 |
| Demers | 3 |
| Desai | 3 |
| Duane | 3 |
| Esposito | 3 |
| Fitts-Wenzel | 3 |
| Green | 2 |
| Koehler | 9 |
| Law | 5 |

4

- **35 of the Declarants are responsible for evaluating, and regularly evaluate, employees whom they supervise for the purpose of recommending promotions or other changes in status.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 7 |
| Aquino | 9 |
| Bailey | 7, 8 |
| Bell | 6 |
| Bicknell | 9, 12, 14 |
| Chamoff | 8 |
| Collins | 6 |
| Cumberbatch | 7 |
| Davis | 13 |
| DeMers | 5, 13 |
| Desai | 20 |
| Duane | 11 |
| Esposito | 8, 18 |
| Fitch | 15 |
| Fitts-Wenzel | 9 |
| Gardner | 9, 11, 12, 21 |
| Green | 11 |
| Hawkins | 31 |

| Declarant | Paragraph No. |
|---|---|
| Hough | 14 |
| Khan | 6 |
| Koehler | 20 |
| Laureano | 9 |
| Law | 14 |
| Levine | 24 |
| McClain | 11 |
| Mitchell | 6 |
| O'Brien | 20 |
| Olivieri | 6 |
| Parvez | 6 |
| Pressman | 11 |
| Rancourt | 10 |
| Souther | 5 |
| Swenson | 14 |
| Zambino | 11 |
| Zlotnikov | 13 |

- **3 of the Declarants testified that they handle employee complaints and grievances.**

| Declarant | Paragraph No. |
|---|---|
| Bicknell | 10, 11 |
| Fitts-Wenzel | 17 |
| Lekakos | 8 |

5

- The amount of time each Declarant's Store Manager spent in his/her store varied greatly, ranging from 10% to 90%.

| Declarant | Paragraph No. |
|---|---|
| Aletti | 3, 4 |
| Bell | 3 |
| Bicknell | 3 |
| Collins | 3 |
| Davis | 4 |
| Duane | 7 |
| Fitch | 6 |
| Fitts-Wenzel | 3 |
| Gardner | 2 |
| Green | 6 |
| Haddad | 3 |
| Hough | 4 |
| Khan | 3 |

| Declarant | Paragraph No. |
|---|---|
| Koehler | 6 |
| Law | 4 |
| Lekakos | 4, 6 |
| Levine | 3 |
| McClain | 15 |
| Monteith | 3 |
| O'Brien | 8 |
| Olivieri | 3 |
| Pressman | 5 |
| Rancourt | 3 |
| Sclafani | 3 |
| Youland | 3 |

- The number of employees supervised by each Declarant varied from 4 to 16.

| Declarant | Paragraph No. |
|---|---|
| Aletti | 3, 4 |
| Aquino | 4 |
| Bailey | 4 |
| Bell | 4 |
| Bicknell | 10 |
| Chamoff | 4 |
| Collins | 3 |
| Cumberbatch | 4 |
| Davis | 6, 7, 12, 16 |
| Desai | 4 |
| Duane | 5 |
| Esposito | 4 |
| Fitch | 10 |
| Fitts-Wenzel | 4 |
| Gardner | 3 |
| Green | 4 |
| Haddad | 3 |
| Hawkins | 25 |
| Hough | 5 |

| Declarant | Paragraph No. |
|---|---|
| Khan | 4 |
| Laureano | 6 |
| Law | 6 |
| Lekakos | 3 |
| Levine | 4 |
| McClain | 5 |
| Mitchell | 4 |
| Monteith | 4 |
| O'Brien | 3 |
| Olivieri | 3 |
| Parvez | 4 |
| Pressman | 6 |
| Rancourt | 4 |
| Sclafani | 4 |
| Souther | 3 |
| Swenson | 10 |
| Youland | 4 |
| Zambino | 6 |
| Zlotnikov | 8 |

6

- Certain of the ASM's spent none of their time performing teller duties, while others spent a good deal of their time performing teller duties on certain days.

| Declarant | Paragraph No. |
|---|---|
| Aletti | 6 |
| Bailey | 16 |
| Bicknell | 5 |
| Chamoff | 14 |
| Cumberbatch | 16 |
| DeMers | 7 |
| Desai | 16 |
| Duane | 4 |
| Esposito | 15 |
| Fitch | 4, 5 |
| Green | 7 |
| Hawkins | 8 |
| Hough | 23 |
| Khan | 14 |

| Declarant | Paragraph No. |
|---|---|
| Koehler | 33 |
| Laureano | 17 |
| Law | 25 |
| Lekakos | 7 |
| Levine | 13 |
| McClain | 25 |
| Monteith | 6 |
| O'Brien | 10 |
| Olivieri | 7 |
| Rancourt | 8 |
| Souther | 7 |
| Swenson | 23 |
| Youland | 8 |
| Zambino | 17 |

- All of the Declarants testified that they regularly discipline employees, both verbally and in writing.

| Declarant | Paragraph No. |
|---|---|
| Aletti | 8, 9, 21 |
| Aquino | 7, 8 |
| Bailey | 8 |
| Bell | 8 |
| Bicknell | 15 |
| Chamoff | 6, 7 |
| Collins | 5 |
| Cumberbatch | 8 |
| Davis | 10 |
| DeMers | 10, 11 |
| Desai | 7, 8 |
| Duane | 12 |
| Esposito | 7, 8 |
| Fitch | 7, 8, 11, 19 |
| Fitts-Wenzel | 9, 10 |
| Gardner | 5, 9, 18 |
| Green | 11 |
| Haddad | 6 |
| Hawkins | 9-12, 19 |
| Hough | 12 |

| Declarant | Paragraph No. |
|---|---|
| Khan | 7 |
| Koehler | 15, 16 |
| Laureano | 8 |
| Law | 9, 10 |
| Lekakos | 5 |
| Levine | 14, 23 |
| McClain | 8-10, 13 |
| Mitchell | 7, 8 |
| Monteith | 5 |
| O'Brien | 6, 16, 17 |
| Olivieri | 5 |
| Parvez | 7, 8 |
| Pressman | 10 |
| Rancourt | 9 |
| Sclafani | 6 |
| Souther | 5 |
| Swenson | 20 |
| Youland | 9 |
| Zambino | 18 |
| Zlotnikov | 4, 11 |

7

- **27 of the Declarants testified that they assign and apportion work among the employees in the store.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 13 |
| Aquino | 5, 14 |
| Bell | 9, 11 |
| Collins | 12 |
| Cumberbatch | 4, 12 |
| Davis | 6 |
| DeMers | 14, 23 |
| Desai | 4, 5, 13 |
| Esposito | 4, 12 |
| Green | 8, 23 |
| Haddad | 7 |
| Hough | 10 |
| Koehler | 12 |
| Laureano | 16 |

| Declarant | Paragraph No. |
|---|---|
| Law | 6 |
| Levine | 15, 22 |
| McClain | 17 |
| Mitchell | 4, 12 |
| Olivieri | 10 |
| Parvez | 10 |
| Pressman | 8 |
| Rancourt | 13 |
| Sclafani | 10 |
| Swenson | 11, 17, 18, 22, 23 |
| Youland | 10, 12 |
| Zambino | 16, 22 |
| Zlotnikov | 12, 14 |

- **15 of the Declarants testified that they provide for the safety and security of the employees or the Bank's property.**

| Declarant | Paragraph No. |
|---|---|
| DeMers | 17 |
| Duane | 6, 19 |
| Esposito | 6, 14 |
| Fitch | 17 |
| Hough | 20, 21 |
| Koehler | 28, 29 |
| Laureano | 11 |
| Levine | 15, 18, 19 |
| McClain | 24 |
| Monteith | 5 |
| O'Brien | 26 |
| Olivieri | 9 |
| Parvez | 13 |
| Swenson | 18 |
| Youland | 10 |

8

- **23 of the Declarants testified that they plan and control the budget for their store.**

| Declarant | Paragraph No. |
|---|---|
| Aquino | 11 |
| Bailey | 13 |
| Bell | 9 |
| Bicknell | 11 |
| Davis | 8, 9 |
| DeMers | 20 |
| Desai | 19 |
| Fitts-Wenzel | 14 |
| Gardner | 19 |
| Green | 22 |
| Hough | 10, 17, 24 |
| Koehler | 14, 31 |

| Declarant | Paragraph No. |
|---|---|
| Laureano | 12 |
| Law | 8, 23 |
| Levine | 6, 17, 20 |
| McClain | 6 |
| Mitchell | 13 |
| Monteith | 7 |
| O'Brien | 12, 23 |
| Parvez | 11 |
| Youland | 10 |
| Zambino | 13 |
| Zlotnikov | 17 |

- **34 of the Declarants testified that they monitor or implement compliance measures in the store.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 13, 14 |
| Aquino | 5, 6, 13 |
| Bailey | 10, 11 |
| Bell | 10, 11 |
| Bicknell | 10 |
| Chamoff | 9, 10, 15 |
| Collins | 11 |
| Cumberbatch | 10, 11, 13 |
| Davis | 16, 20 |
| DeMers | 18 |
| Desai | 10-12 |
| Duane | 6, 19, 21 |
| Esposito | 10, 11 |
| Fitch | 16 |
| Fitts-Wenzel | 11-12, 17 |
| Green | 20 |
| Haddad | 9, 10 |

| Declarant | Paragraph No. |
|---|---|
| Hough | 10, 15 |
| Hawkins | 6 |
| Khan | 8, 9, 15 |
| Koehler | 22, 27, 30 |
| Laureano | 10-12 |
| Law | 12, 16, 20-22 |
| Levine | 7, 8, 15, 18, 19, 23 |
| McClain | 6, 7, 24 |
| Mitchell | 10, 11, 14 |
| Monteith | 5, 8 |
| O'Brien | 23, 28 |
| Olivieri | 4, 10 |
| Parvez | 11, 13 |
| Rancourt | 13, 15,16 |
| Souther | 4, 9 |
| Swenson | 17, 18 |
| Youland | 12 |

9

- **All of the Declarants testified that they customarily and regularly direct the work of two or more other employees.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 3, 4 |
| Aquino | 4 |
| Bailey | 4 |
| Bell | 4 |
| Bicknell | 10 |
| Chamoff | 4 |
| Collins | 3 |
| Cumberbatch | 4 |
| Davis | 3-6, 10, 11, 13 |
| DeMers | 7 |
| Desai | 4, 5 |
| Duane | 5 |
| Esposito | 4 |
| Fitch | 10 |
| Fitts-Wenzel | 4 |
| Gardner | 3 |
| Green | 4 |
| Haddad | 3 |
| Hawkins | 36 |
| Hough | 5 |

| Declarant | Paragraph No. |
|---|---|
| Khan | 4 |
| Koehler | 12 |
| Laureano | 6 |
| Law | 6 |
| Lekakos | 3 |
| Levine | 4, 16 |
| McClain | 5 |
| Mitchell | 4 |
| Monteith | 4 |
| O'Brien | 3 |
| Olivieri | 3 |
| Parvez | 4 |
| Pressman | 6 |
| Rancourt | 4 |
| Sclafani | 4 |
| Souther | 3 |
| Swenson | 10 |
| Youland | 4 |
| Zambino | 6 |
| Zlotnikov | 8 |

10

- **Each of the Declarants has the authority to hire or fire other employees or their suggestions and recommendations as to the hiring, firing, advancement, promotion or any other change of status of other employees are given particular weight.**

| Declarant | Paragraph No. | Declarant | Paragraph No. |
|---|---|---|---|
| Aletti | 7 | Khan | 5 |
| Aquino | 7, 11 | Koehler | 9, 10, 11, 16 |
| Bailey | 5 | Laureano | 7, 8 |
| Bell | 6 | Law | 3, 10 |
| Bicknell | 16 | Lekakos | 5, 6 |
| Chamoff | 5, 16 | Levine | 12, 24 |
| Collins | 6, 7 | McClain | 13 |
| Cumberbatch | 5 | Mitchell | 5 |
| Davis | 7, 11 | Monteith | 4, 5 |
| DeMers | 9, 11 | O'Brien | 15, 17 |
| Desai | 6 | Olivieri | 6 |
| Duane | 14 | Parvez | 5, 8 |
| Esposito | 5, 8 | Pressman | 8, 12 |
| Fitch | 9, 15 | Rancourt | 7 |
| Fitts-Wenzel | 7, 10 | Sclafani | 7 |
| Gardner | 9, 14, 21 | Souther | 5, 6 |
| Green | 10, 11 | Swenson | 19 |
| Haddad | 8 | Youland | 4, 7, 9, 15 |
| Hawkins | 15, 23, 32 | Zambino | 10, 19 |
| Hough | 9, 13, 17 | Zlotnikov | 10, 13 |

- **36 of the Declarants are responsible for auditing functions, including preparing for, implementing and reviewing audits.**

| Declarant | Paragraph No. | Declarant | Paragraph No. |
|---|---|---|---|
| Aletti | 13 | Khan | 8 |
| Aquino | 13 | Koehler | 26 |
| Bailey | 9-11, 13 | Laureano | 10, 11 |
| Bell | 10 | Law | 20 |
| Bicknell | 6 | Levine | 7 |
| Chamoff | 9 | McClain | 6, 7 |
| Collins | 11 | Mitchell | 10 |
| Cumberbatch | 10 | Monteith | 8 |
| Davis | 20 | O'Brien | 13, 23 |
| DeMers | 5, 15 | Olivieri | 10 |
| Desai | 10, 11 | Parvez | 11 |
| Duane | 6, 21 | Pressman | 8 |
| Esposito | 10 | Rancourt | 13-14 |
| Fitch | 16 | Sclafani | 10 |
| Fitts-Wenzel | 11 | Souther | 9 |
| Green | 20 | Swenson | 17 |
| Hawkins | 6, 19 | Youland | 11 |
| Hough | 15, 17, 20 | Zambino | 21, 22 |

- **13 of the Declarants testified that they handle purchasing and procurement in their store.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 19 |
| Bailey | 18 |
| Chamoff | 16 |
| Cumberbatch | 19 |
| Desai | 19 |
| Fitts-Wenzel | 15 |
| Green | 23 |
| Hough | 10 |
| Laureano | 12 |
| Levine | 11, 22 |
| McClain | 6 |
| O'Brien | 6, 27 |
| Zambino | 16 |

12

- **21 of the Declarants testified that they are responsible for coordination, managing or creating marketing or other special events.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 24 |
| Bailey | 18 |
| Bell | 13 |
| Collins | 12 |
| DeMers | 8, 19 |
| Desai | 19 |
| Esposito | 17 |
| Fitts-Wenzel | 19 |
| Gardner | 4, 15, 16, 20 |
| Hawkins | 17, 18, 26, 29 |
| Hough | 22 |
| Khan | 16 |

| Declarant | Paragraph No. |
|---|---|
| Laureano | 10, 13 |
| Law | 3, 6-14, 16, 18, 19 |
| Lekakos | 9 |
| McClain | 19, 22 |
| Mitchell | 19-20 |
| O'Brien | 25 |
| Olivieri | 11 |
| Parvez | 15 |
| Swenson | 3, 14 |
| Zambino | 23 |
| Zlotnikov | 15, 19 |

- **All of the Declarants testified that they are responsible for personnel management/human resources issues.**

| Declarant | Paragraph No. |
|---|---|
| Aletti | 3, 4, 7-9, 15, 16, 21 |
| Aquino | 4-10, 12-14 |
| Bailey | 4-9, 11, 12, 18 |
| Bell | 4-6, 8, 9, 11 |
| Bicknell | 3, 7, 9-12, 14-16 |
| Chamoff | 4, 5, 6, 7, 8 |
| Collins | 4-7, 9 |
| Cumberbatch | 4-13, 19 |
| Davis | 4, 6-14, 16, 18-20 |
| DeMers | 5, 7, 9-14, 18, 21-23 |
| Desai | 4-10, 12-14, 20 |
| Duane | 5, 8, 9, 11-14, 17, 18, 20, 21 |
| Esposito | 4-12, 17 |
| Fitch | 6-11, 13-15, 18, 19 |
| Fitts-Wenzel | 4, 5, 7-10, 13, 16 |
| Gardner | 3, 5-14, 18, 21 |
| Green | 4, 5, 7-11, 15, 16, 18, 19, 22 |
| Haddad | 4-9 |
| Hawkins | 5, 9-16, 19, 22, 23, 25, 27, 28, 31, 32, 34 |
| Hough | 5, 7-9, 12-15, 17, 21, 22, 24 |

| Declarant | Paragraph No. |
|---|---|
| Khan | 4-7, 9-11 |
| Koehler | 9-20, 22 |
| Laureano | 5-9, 11, 12, 16 |
| Law | 3, 6-14, 16, 18, 19 |
| Lekakos | 3-6, 7, 8 |
| Levine | 4-8, 12, 14, 16-19, 21, 23, 24 |
| McClain | 5, 8-11, 13-15, 17, 18, 20, 21, 23 |
| Mitchell | 4-9, 12-14 |
| Monteith | 4, 5, 7 |
| O'Brien | 3, 6, 12, 15, 16-22, 28, 30 |
| Olivieri | 3-6, 8 |
| Parvez | 3-8, 10, 13 |
| Pressman | 6-12 |
| Rancourt | 4, 5, 7, 9, 10, 12, 13, 15 |
| Sclafani | 4, 5, 6, 7, 9, 10 |
| Souther | 3, 4-6, 8 |
| Swenson | 3, 5, 6, 8, 10-20, 22, 23 |
| Youland | 4-7, 9, 10, 12, 15 |
| Zambino | 6, 7, 9, 10-12, 14, 18-21 |
| Zlotnikov | 4, 7-15, 18, 22, 23 |

14

- **7 of the Declarants testified that they have authority to waive or deviate from established policies and procedures without prior approval.**

| Declarant | Paragraph No. |
|---|---|
| Fitch | 12 |
| Gardner | 19 |
| Green | 17 |
| Hawkins | 27 |
| Hough | 18, 19 |
| McClain | 16 |
| Swenson | 4 |

15