IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PUGLISI, FAINA MILLER, KATHLEEN HURST, SADIA SYED, and CLAYTON MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>-against-<br><br>TD Bank, N.A.,<br><br>Defendant. | No. 13 Civ. 637 (GRB) |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and Motion for Approval of Service Awards and the supporting exhibits attached thereto; the Declaration of Gregg I. Shavitz in Support of Plaintiffs' Motion for Approval of Attorneys' Fees; the Declaration of Troy L. Kessler in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement, Approval of Class Representative Service Awards and Class Counsels' Attorneys Fees; and the Declaration of Peter Winebrake, Plaintiffs respectfully request that the Court enter an Order:

(1) awarding Class Counsel attorneys' fees of one-third of the Maximum Settlement Amount ($3,300,000);

(2) awarding $41,615.99 for reimbursement of the actual litigation costs and expenses incurred by Class Counsel; and

(3) granting such other, further, or different relief as the Court deems just and proper.

Dated: July 15, 2015
New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Justin M. Swartz
Justin M. Swartz
Deirdre Aaron
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
Susan H. Stern (admitted *pro hac vice*)
Keith M. Stern (admitted *pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888

**SHULMAN KESSLER LLP**
Troy L. Kessler
Marijana F. Matura
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100

**WINEBRAKE & SANTILLO, LLC**
Peter Winebrake
Twining Office Center
Suite 211
715 Twining Road
Dresher, Pennsylvania 19025
Telephone: (215) 884-2491

*Class Counsel*

Case 2:13-cv-00637-GXB   Document 88   Filed 07/15/15   Page 3 of 3 PageID #: 1899

3